UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZACHARY ALAN STARR )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>MASSACHUSETTS FINANCIAL )<br>SERVICES COMPANY ET AL. )<br>)<br>Defendant, )<br>and )<br>)<br>MFS INVESTORS TRUST, )<br>and the MASSACHUSETTS INVESTORS )<br>GROWTH STOCK FUND )<br>Nominal Defendants. )<br>) | CIVIL ACTION<br>NO. 03-CV-12595-NG |

## STIPULATION TO EXTEND TIME FOR DEFENDANTS
## TO RESPOND TO COMPLAINT

The undersigned parties hereby stipulate that the time for the Defendants to answer, move, or otherwise respond to the Complaint in the above-captioned action shall be extended to April 30, 2004. Defendants at this time take no position with respect to consolidation, and the parties further stipulate that each party reserves all of its rights.

LITDOCS:539061.1

| | |
|---|---|
| ZACHARY ALAN STARR<br>By his attorney,<br><br>*/s/ Robert D. Hillman/CMD*<br>Steven J. Brooks<br>Robert D. Hillman<br>Deutsch Williams Brooks Derensis & Holland, P.C.<br>99 Summer Street<br>Boston, MA  02110<br><br><br>Chimicles & Tikellis, LLP<br>Nicholas E. Chimicles<br>Denise Davis Schwartzman<br>Timothy N. Mathews<br>361 West Lancaster Ave.<br>Haverford, PA 19041 | MASSACHUSETTS FINANCIAL SERVICES COMPANY, SUN LIFE ASSURANCE COMPANY OF CANADA—U.S. OPERATIONS HOLDINGS, INC., SUN LIFE FINANCIAL (U.S.) HOLDINGS, INC., SUN LIFE FINANCIAL (U.S.) INVESTMENTS LLC, SUN LIFE OF CANADA (U.S.) FINANCIAL SERVICES HOLDINGS, INC.<br>By their attorneys,<br><br>*/s/ Donald K. Stern/CMD*<br>Donald K. Stern<br>John R. Snyder<br>James S. Rollins<br>Jason A. Tucker<br>Mary B. Murrane<br>Christina N. Davilas<br>Lara N. Gelbwasser<br>Bingham McCutchen LLP<br>150 Federal Street<br>Boston, MA  02110 |
| | LAWRENCE H. COHN, WILLIAM R. GUTOW, J. ATWOOD IVES, ABBY M. O'NEILL, LAWRENCE T. PERERA, WILLIAM J. POORVU, J. DALE SHERRATT, ELAINE R. SMITH, WARD SMITH, MFS INVESTORS TRUST, MASSACHUSETTS INVESTORS GROWTH STOCK FUND<br>By their attorneys,<br><br>*/s/ John D. Donovan, Jr./CMD*<br>John D. Donovan, Jr.<br>Jane Willis<br>Carisa Klemeyer<br>Ropes & Gray<br>One International Place<br>Boston, MA  02110 |

*[signatures continue on next page]*

| | |
|---|---|
| **KEVIN R. PARKE**<br>By his attorneys,<br><br>*/s/ George J. Skelly /cmd*<br>George J. Skelly<br>David M. Ryan<br>Nixon Peabody LLP<br>101 Federal Street<br>Boston, MA 02110 | **JEFFREY SHAMES**<br>By his attorneys,<br><br>*/s/ James C. Rehnquist /cmd*<br>James C. Rehnquist<br>Brett C. Gerry<br>Abigail K. Hemani<br>Goodwin Procter LLP<br>Exchange Place<br>Boston, MA 02109 |

**JOHN W. BALLEN**
By his attorneys,

*/s/ John J. Falvey, Jr. /cmd*
John J. Falvey, Jr.
Dean Dipilato
Kara A. Millonzi
Testa, Hurwitz & Thibeault, LLP
125 High Street
Boston, MA 02110

Dated: March 1, 2004