UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZACHARY ALAN STARR<br><br>    Plaintiff<br><br>v.<br><br>MASSACHUSETTS FINANCIAL<br>SERVICES COMPANY ET AL.<br><br>    Defendants<br>and<br><br>MFS INVESTORS TRUST,<br>and the MASSACHUSETTS INVESTORS<br>GROWTH STOCK FUND<br><br>    Nominal Defendants | CIVIL ACTION NO. 03-CV-12595-NG |

### NOTICE OF CHANGE OF ADDRESS

TO: THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, effective immediately, the address of Nixon Peabody LLP (Boston office only) will change as follows:

> Nixon Peabody LLP
> 100 Summer Street
> Boston, MA 02110

The telephone and facsimile numbers will remain the same - telephone (617) 345-1000; facsimile (617) 345-1300.

_____
George J. Skelly (BBO# 546797)
David M. Ryan (BBO# 644037)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300

DATE: March 19, 2004          Attorneys for Kevin R. Parke

BOS1363174.1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon all parties who have appeared by first class mail on March 19, 2004.

_____
David M. Ryan