IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

ZACHARY ALAN STARR,
derivatively on behalf of the
MASSACHUSETTS INVESTORS TRUST
and the MASSACHUSETTS INVESTORS
GROWTH STOCK FUND.
                    Plaintiff

v.

MASSACHUSETTS FINANCIAL SERVICES
COMPANY, et al.
                    Defendants

and

the MASSACHUSETTS INVESTORS TRUST
and the MASSACHUSETTS INVESTORS
GROWTH STOCK FUND
                    Nominal Defendants

CIVIL ACTION
03-12595

---

## NOTICE OF FILING OF
## ORIGINAL VERIFICATION

**PLEASE TAKE NOTICE** that Plaintiff files this Verification of Plaintiff with original signature to be attached to the Complaint filed in the above styled matter and substituted for the facsimile now on file.

Date: 3/30/04

DEUTSCH WILLIAMS BROOKS
DERENSIS & HOLLAND, P.C.

By: _____
Steven J. Brooks
Robert D. Hillman
99 Summer Street
Boston, MA 02110
(617) 951-2300
rhillman@dwboston.com

and

**CHIMICLES & TIKELLIS LLP**

Nicholas E. Chimicles
Denise Davis Schwartzman
Timothy N. Mathews
361 W. Lancaster Ave
Haverford, PA 19041

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first-class mail/hand on this date:

## VERIFICATION OF PLAINTIFF

Zachary A. Starr, the plaintiff in the above styled action declares:

I purchased shares of the Massachusetts Investors Trust and the Massachusetts Investors Growth Stock Fund prior to December 1, 2002 and continue to hold such shares. I reviewed the Complaint and authorized counsel to file the Complaint. This action is not collusive to confer jurisdiction on the United States, which it would not otherwise have.

I declare the above to be true under the penalty of perjury.

Dated: 2/10/04

_Zachary Alan Starr_
Zachary A. Starr

 **DEUTSCH | WILLIAMS**

99 Summer Street
Boston, MA 02110-1213
617.951.2300
617.951.2323 fax

Robert D. Hillman
rdh@dwboston.com

March 30, 2004

Ms. Sandra E. Holahan
Docket Clerk for the
Honorable Morris E. Lasker
United States District Court
for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

     RE:    **Starr, et al. v. Massachusetts Financial Services Company, et al.**
              **Civil Action No. 03-12595-MEL**

Dear Ms. Holahan:

    Enclosed for filing in the above-referenced matter, please find the following:

1. Notice of Filing of Original Verification; and

2. Original Verification of Zachary A. Starr.

    Please feel free to contact the undersigned with any questions. Thank you for your assistance with this matter.

Very truly yours,

Robert D. Hillman

RDH:lsc
Enclosures

cc:    Timothy N. Mathews, Esq.
         Counsel of Record

---

DEUTSCH | WILLIAMS | BROOKS | DERENSIS & HOLLAND, P.C.    *Attorneys at Law*