UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZACHARY ALLAN STARR, Derivatively on Behalf of the MASSACHUSETTS INVESTORS TRUST and the MASSACHUSETTS INVESTORS GROWTH STOCK FUND,<br><br>                    Plaintiff,<br>      v.<br><br>MASSACHUSETTS FINANCIAL SERVICES COMPANY, et al,<br><br>                    Defendants<br>      and<br><br>MASSACHUSETTS INVESTORS TRUST, et al.,<br><br>                    Nominal Defendants | No. 03-12595-NG |

## NOTICE OF APPEARANCE

Please enter the appearance of Jeffrey B. Rudman, William H. Paine, and

Jonathan A. Shapiro, Hale and Dorr LLP, on behalf of defendants Massachusetts

Financial Services Company, Sun Life Assurance Company of Canada, Sun Life

Financial Holdings, Inc., Sun Life Financial (U.S.) Investments, LLC, and Sun Life of

Canada (U.S.) Financial Services Holdings, Inc.

Respectfully Submitted,

MASSACHUSETTS FINANCIAL
SERVICES COMPANY, SUN LIFE
ASSURANCE COMPANY OF CANADA,
SUN LIFE FINANCIAL HOLDINGS,
INC., SUN LIFE FINANCIAL (U.S.)
INVESTMENTS, LLC, and SUN LIFE OF
CANADA (U.S.) FINANCIAL
SERVICES HOLDINGS, INC.,

By their attorneys,


/s/ Jonathan A. Shapiro
Jeffrey B. Rudman (BBO #433380)
William H. Paine (BBO #550506)
Jonathan A. Shapiro (BBO #567838)

Hale and Dorr LLP
60 State Street
Boston, MA  02109
(617) 526-6000

April 7, 2004

BOSTON 1883681v1

CERTIFICATE OF SERVICE

I, Jonathan A. Shapiro, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

Robert D. Hillman
Steven J. Brooks
Deutsch, Williams, Brooks, DeRensis, & Holland, P.C.
99 Summer Street, 13th Floor
Boston, MA  02110-1213

Nicholas E. Chimicles
Denise Davis Schwartzman
Timothy N. Mathews
Chimicles & Tikellis, LLP
361 Lancaster Avenue
Haverford, PA 19041

John D. Donovan, Jr.
Carisa Kleymeyer
Jane E. Willis
Ropes & Gray
One International Place
Boston, MA 02110-2624

Dean J. Dipilato
Kara A. Millonzi
Testa, Hurwitz & Thibeault, LLP
125 High Street
High Street Tower
Boston, MA 02110

Abigail K. Hemani
Brett C. Gerry
James Rehnquist
Goodwin Procter, LLP
Exchange Place
53 State Street
Boston, MA 02109

David M. Ryan
George J. Skelly
Nixon Peabody, LLP
101 Federal Street
Boston, MA 02110

Thomas M. Sobol
Hagens Berman
225 Franklin Street, 26th Floor
Boston, MA 02110

Nancy Freeman Gans
Moulton & Gans, PC
33 Broad Street, Suite 1100
Boston, MA 02109

/s/ Jonathan A. Shapiro_____
Jonathan A. Shapiro

Dated:  April 7, 2004

BOSTON 1883681v1