UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ZACHARY ALAN STARR, derivatively and on behalf of THE MASSACHUSETTS INVESTORS TRUST AND THE MASSACHUSETTS INVESTORS GROWTH STOCK FUND,<br><br>   Plaintiff,<br><br>   v.<br><br>MASSACHUSETTS FINANCIAL SERVICES COMPANY, ET AL.,<br><br>   Defendants<br><br>   and<br><br>THE MASSACHUSETTS INVESTORS TRUST AND THE MASSACHUSETTS INVESTORS GROWTH STOCK FUND,<br><br>   Nominal Defendants. | CIVIL ACTION<br>No. 03-cv-12595-NG |

## NOTICE OF WITHDRAWAL

Please withdraw the appearance of Bingham McCutchen LLP as counsel for Massachusetts Financial Services Company, Sun Life Financial (U.S.) Investments LLC, Sun Life Assurance Company of Canada, Sun Life Financial (U.S.) Holdings, Inc., Sun Life of Canada (U.S.) Financial Services Holdings, Inc., and U.S. Operations Holdings, Inc. in the above-captioned matter. Please be advised that the successor counsel identified below has entered an appearance on behalf of these defendants:

LITDOCS:545758.1

-2-

Jonathan A. Shapiro
Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Respectfully submitted,

/s/ Christina N. Davilas
Bingham McCutchen LLP
Donald K. Stern
John R. Snyder
James S. Rollins
Jason A. Tucker
Mary B. Murrane
Christina N. Davilas
Lara N. Gelbwasser
150 Federal Street
Boston, MA 02110
(617) 951-8000

Dated: April 9, 2004

LITDOCS:545758.1