SCANNED
DATE: 4-16-04
BY: [initials]

# NIXON PEABODY LLP
### ATTORNEYS AT LAW

100 Summer Street
Boston, Massachusetts 02110-2131
(617) 345-1000
Fax: (617) 345-1300

George J. Skelly
Direct Dial: (617) 345-1220
Direct Fax: (866) 294-7517
E-Mail: gskelly@nixonpeabody.com

April 9, 2004

Timothy N. Matthews, Esq.
Chimicles & Pikellis, LLP
One Haverford Centre
361 W. Lancaster Avenue
Haverford, PA 19041

RE: Starr v. Massachusetts Financial Services Co.
03-CV-12595

Dear Mr. Matthews:

I hereby accept service of the class action complaint entitled *Zachary Alan Starr, derivatively on behalf of the Massachusetts Investors' Trust and the Massachusetts Investors' Growth Stock Fund vs. Massachusetts Financial Services Co.*, et al., 03-CV-12595, on behalf of defendant Kevin R. Parke. As set forth in your March 5, 2004 letter, the time to answer or otherwise respond to this action will be determined by a Case Management Order entered by the multi-district litigation court in the District of Maryland.

Very truly yours,

George J. Skelly

GJS:clj

BOS1370743.1